

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HERVE GUERRIER,<br>     #1036378 | ) | |
| | ) | |
|      Plaintiff, | ) | 3:10-cv-00752-LRH-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT LEGRAND, *et al.*, | ) | |
| | ) | |
|      Defendants. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint.  However, his application to proceed *in forma pauperis* is incomplete; the Financial Certificate (signed by an authorized officer) and the statement for plaintiff's institutional account are missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

IT IS THEREFORE ORDERED that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and

1  Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)** days from the date

2  of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma*

3  *pauperis*, along with all required financial documentation, on the form provided by this court.  Plaintiff's

4  failure to file an application to proceed *in forma pauperis* in compliance with this order may result in

5  the immediate dismissal of this entire action.

6          DATED:  January 20, 2011.

7

8

9                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26