**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERVE GUERRIER, | ) |
| | ) |
| Plaintiff, | ) 3:10-cv-00752-LRH-RAM |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| ROBERT LEGRAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This is a prisoner action brought pursuant to 42 U.S.C. § 1983. On April 7, 2011, this court dismissed this action for failure to state a claim for which relief may be granted (docket #11), judgment was entered on April 8, 2011 (docket #12), and plaintiff's motion for reconsideration of the Screening Order (docket #13) was denied on May 12, 2011 (docket #16). Plaintiff filed a notice of appeal on May 23, 2011 (docket #18).

On May 26, 2011, the Ninth Circuit Court of Appeals referred this matter to this court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith (docket #22). This court certifies that any *in forma pauperis* appeal from its Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not be frivolous).

///

///

**IT IS THEREFORE ORDERED** that this court **CERTIFIES** that any *in forma pauperis* appeal from its Order dated April 7, 2011 (docket #11) would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

DATED this 6th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE